new trial ordered, costs to abide the event, upon the authority of Weideman v. Zielinska, 102 App. Div. 163, 92 N. Y. Supp. 493.

CLARKE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by William J. Clarke against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, on the ground that the motion papers are not sufficiently specific to show the points on which the motion is made. See, also, 104 App. Div. 167, 93 N. Y. Supp. 525.

CLARKSON, Respondent, v. SABINE, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Alonzo R. Clarkson against John B. Sabine. No opinion. Order affirmed, with $10 costs and disbursements.

In re CLEMENT. (Supreme Court, Appellate Division, First Department. October 30, 1908.) In the matter of Maynard N. Clement. No opinion. Motion granted, with $10 costs. Order filed.

In re CLEMENT, Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. July 24, 1908.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 26,202, issued to Nellie P. Lerch. No opinion. Order reversed, with costs, and order directed revoking and canceling the liquor tax certificate, with $30 costs, in accordance with stipulation filed.

In re CLEMENT, Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. July 24, 1908.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 26,233, issued to Hannah N. Smith. No opinion. Order reversed, with costs, and order directed revoking and canceling the liquor tax certificate with $30 costs, in accordance with stipulation filed.

CLEMENT, Excise Com'r, Respondent, v. BUSSE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Maynard N. Clement, as excise commissioner, against Richard Busse and another. P. A. McManus, for appellants. H. H. Kellogg, for respondent. No opinion. Order affirmed, with costs. Order filed.

COHEN, Appellant, v. SUN INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Joseph C. Cohen against the Sun Insurance Company. J. Fischer, for appellant. E. J. Nathan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COLE, Appellant, v. HINCK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Julia Cole against Claus S. Hinck and others. J. J. O'Kennedy, for appellant. J. H. Esser, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COLEMAN, Plaintiff, v. GOULD, Defendant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Hutson B. Coleman, as administrator, etc., against William S. Gould. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

In re COLLYER. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the accounting of Charles S. Collyer, as administrator of Elizabeth Collyer, deceased. No opinion. In re motion of Henry M. Collyer, as administrator of William Edwin Collyer, that Fanny Collyer, as executrix of Charles S. Collyer, pay money into court. Motion granted. See, also, 113 App. Div. 468, 99 N. Y. Supp. 213, and 124 App. Div. 16, 108 N. Y. Supp. 600.

COLVIN, Appellant, v. SHAW, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Alice M. Colvin against Sophia Shaw, impleaded with others. No opinion. Application denied, on the ground that it should be made at Special Term. See section 1299 of the Code of Civil Procedure and Campbell v. Friedlander, 51 App. Div. 191, 64 N. Y. Supp. 241.

COMPAGNIE COMMERCIALE, Respondent, v. BRUNN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by the Compagnie Commerciale, etc., against Adolph W. Brunn. A. J. Dittenhoefer, for appellant. A. S. Hamlin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CONE, Plaintiff, v. LACKAWANNA STEEL CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Catherine Cone, as administratrix, etc., against the Lackawanna Steel Company. PER CURIAM. Defendant's exceptions sustained, and motion for new trial granted, with costs to defendant to abide event. Held, that the court erred in excluding evidence of the contract between the corporations, and evidence with reference to the pay roll and the contract and pay check, and then holding and charging the jury that deceased was in defendant's employ when the accident and death occurred. See Kirby v. Lackawanna Steel Company, 109 App. Div. 334, 95 N. Y. Supp. 833.

SPRING and KRUSE, JJ., dissent.

COOPER, Respondent, v. NEW YORK EDISON CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by James Cooper against the New York Edison Company. J. R. Oeland, for

appellant. J. B. Leavitt, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CORBETT, Appellant, v. FLEMING et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Josephine Corbett against Peter C. Fleming and others. J. R. Deering, for appellant. J. E. Wyckoff, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CORCORAN, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Mary Corcoran, as administratrix, against the Union Railway Company. B. H. Ames, for appellant. G. D. Lamb, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

CLARKE, J., dissents.

CORN KING HUSKER CO. v. WOOD et al. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by the Corn King Husker Company against C. Wood and others.

PER CURIAM. Order affirmed, without costs of this appeal to either party.

ROBSON, J., not voting.

COSSMAN, Appellant, v. CHENANGO SILK CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Alfred Cossman against the Chenango Silk Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS, J., not voting.

COUSE, Respondent, v. DELAWARE & H. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Action by Mina L. Couse, as administratrix, etc., of Scott F. Couse, deceased, against the Delaware & Hudson Company. No opinion. Judgment and order unanimously affirmed, with costs.

CRAMER, Appellant, v. KLEIN, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Esther Cramer against Leontine Klein. No opinion. Motion denied, with $10 costs. See, also, 127 App. Div. 146, 111 N. Y. Supp. 469.

CRIMI, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by Leonardo Crimi, as administrator, etc., against the Buffalo & Lake Erie Traction Company. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied.

CUPI, Appellant, v. HOFFMAN HOUSE, NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Eduardo Cupi against the Hoffman House, New York. A. D. Kneeland, for appellant. J. B. Stanchfield, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CURTIS v. CURTIS et al. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by Eugene B. Curtis against Harriet A. Curtis and others. No opinion. Motions denied, with $10 costs in one motion. See, also, 126 App. Div. 590, 110 N. Y. Supp. 658.

DANA, Respondent, v. THAW et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Charles L. Dana against Mary C. Thaw and another. H. B. Gayley, for appellants. L. Lauterstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 109 N. Y. Supp. 826.

DAVIS, Respondent, v. OLMSTEAD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Fitch M. Davis, as administrator, etc., against William L. Olmstead, as administrator, etc., and others.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not voting.

DE LA VERGNE CO., Respondent, v. ANTHONY & SCOVILL CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by the De La Vergne Company against the Anthony & Scovill Company. S. H. Evins, for appellant. G. C. Fox, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents on the ground that the counterclaim is sufficiently broad to cover damages for delay in installing the ice plant, and that the court erred in dismissing the same.

DE LONG et al. v. MERCURY REALTY CO. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Albert W. De Long and others against the Mercury Realty Company. No opinion. Motion denied, with leave to renew as stated in order. Motion for resettlement denied. Orders filed.

DE MARK et al., Appellants, v. LEVISON, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Frank De Mark and another against Isaac Levison. No opinion. Motion denied.

DEMUTH GLASS MFG. CO., Appellant, v. EARLY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by the Demuth Glass Manufacturing Company against Joseph N. Early and Charles M. Early, constituting the firm of John Early's Sons. No opinion. Order reversed on argument, without costs.

DIABO, Respondent, v. DIABO, Appellant. (Supreme Court, Appellate Division, Fourth De-